**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

YVONNE BRANDENBURG,

      Plaintiff,

v.                                                     CV No. 17-507 CG

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

      Defendant.

**<u>NOTICE OF IMPENDING REASSIGNMENT</u>**

Pursuant to FED. R. CIV. P. 73(b)(2), the parties are reminded that the undersigned was assigned as presiding judge in this matter, pursuant to 28 U.S.C. § 636(c). One or more of the parties has yet to file written consent or refusal to consent.

The parties are advised that this matter will be reassigned to a district court judge as presiding judge if written consents from all parties have not been filed by **July 28, 2017**.

The parties are free to withhold consent. No adverse substantive consequences will result from any party's failure or refusal to consent.

                                                         */s/ Carmen E. Garza*
                                                         THE HONORABLE CARMEN E. GARZA
                                                         UNITED STATES MAGISTRATE JUDGE